# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff(s)<br>    v.<br><br>HUNG LU,<br><br>                        Defendant(s). | CASE NUMBER<br><br>CR 04-1261-DSF<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

    HUNG LU    ☐ Plaintiff  X Defendant  ☐ Other     
*Name of Party*

to substitute     Michael K. Cernyar     who is

    X    Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

    400 Oceangate, Eighth Floor    
*Street Address*

| Long Beach, California 90802 | Cernyar@YourCriminalDefenseLawyer.com |
|---|---|
| *City, State, Zip* | *E-Mail Address* |
| (562) 216-2940 | (562) 216-2941      225240 |
| *Telephone Number* | *Fax Number*      *State Bar Number* |

as attorney of record in place and stead of   William T. Graysen  
                                                                             *Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

*/s/ Dale S. Fischer*

Dated   8/8/08                                         U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.